IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LINDA MGBEOBURU, | § |
| Plaintiff, | § |
| v. | §  Case No. 1:19-cv-347 |
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC., | § |
| Defendant. | § |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Retrieval-Masters Credit Bureau, Inc. ("RMCB"), hereby removes the above captioned civil action from the Justice Court, Precinct No. 1 of Travis County, Texas to the United States District Court for the Western District of Texas. The removal of this civil action is proper because:

1. RMCB is the only defendant in a civil action filed by plaintiff, Linda Mgbeoburu ("plaintiff"), in the Justice Court, Precinct No. 1, of Travis County, Texas, captioned as *Linda Mgbeoburu v. Retrieval-Masters Credit Bureau, Inc.,* Cause No. J1-CV-19-000635 (hereinafter the "State Court Action").

2. RMCB consents to removal and there are no other defendants in this matter.

3. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, RMCB removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

1

4.  The Petition in the State Court Action asserts claims under the federal Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, and under Texas state law. A true and correct copy of Plaintiff's Original Petition and a copy of the complete record for the State Court Action is attached hereto as **Exhibit A.**

5.  Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 and would have supplemental jurisdiction over the state law claims asserted.

6.  The Justice Court, Precinct No. 1 of Travis County, Texas, is located within the Western District of Texas. Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of Texas embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

7.  Pursuant to 28 U.S.C. § 1446(b), RMCB has timely filed this Notice of Removal. RMCB was served with process on March 9, 2019. This Notice of Removal is being filed within 30 days from service of the Citation and Petition.

8.  A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Justice Court, Precinct No. 1 of Travis County, Texas.

WHEREFORE, Defendant, Retrieval-Masters Creditors Bureau, Inc., hereby removes the State Court Action to this Honorable Court.

                                                            Respectfully Submitted,

                                                            /s/ Whitney L. White
                                                            Whitney L. White
                                                            TX Bar No. 24075269

>Sessions, Fishman, Nathan & Israel, LLC
>900 Jackson Street, Suite 440
>Dallas, TX 75202
>Telephone: (214) 741-3001
>Facsimile: (214) 741-3055
>E-mail: wwhite@sessions.legal
>
>*Attorney for Defendant,*
>*Retrieval-Masters Creditors Bureau, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas, and served via ECF and Email upon the following:

>Robert Zimmer
>707 West Tenth Street
>Austin, TX 78701
>Telephone: (512) 434-0306
>Facsimile: (310) 943-6954
>Email: zimmerlawtx@gmail.com
>*Attorney for Plaintiff*

>/s/ Whitney L. White
>Whitney L. White