IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LINDA MGBEOBURU, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-347-LY |
| | § | |
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC., | § § | |
|     DEFENDANT. | § | |

## **FINAL JUDGMENT**

On this same date, the court approved the parties' Stipulation of Dismissal with Prejudice, rendering an order dismissing the above-entitled cause with prejudice. Accordingly, the court render the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of May, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE